AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JOHN TREVOR TURNER,

Plaintiff,

v.

COFFEE CORRECTIONAL FACILITY, and CORECIVIC,

Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:25-cv-4

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, based on the Order dated July 28, 2025, the Court dismisses Plaintiff's Complaint in its entirety and denies Plaintiff leave to appeal in forma pauperis. This case stands closed.

Approved by: _____
Honorable Benjamin W. Cheesbro
United States Magistrate Judge
Southern District of Georgia

July 28, 2025
Date

John E. Triplett, Clerk of Court
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020